# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT TANNER, et al.,<br>    Plaintiff(s),<br>v.<br>ELIVE LIMITED, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-00336-GMN-NJK<br>**Order**<br>[Docket Nos. 19, 26] |

Pending before the Court are motions to withdraw as counsel for Plaintiffs filed by attorneys Robert Adams, Angel Getsov, and Cassandra Cummings. Docket Nos. 19, 26. Plaintiffs will continue to be represented by their other attorneys, Dennis Prince and Kevin Strong. *See* Docket No. 27. For good cause shown, the motions to withdraw as counsel are **GRANTED**.

IT IS SO ORDERED.

Dated: July 15, 2019

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge