# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT TANNER, et al.,<br>    Plaintiff(s),<br>v.<br>ELIVE LIMITED, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-00336-GMN-NJK<br>**Order**<br>[Docket No. 33] |

In light of the stipulation of dismissal, Docket No. 39, the motion to withdraw (Docket No. 33) is DENIED as moot and the hearing set for today is VACATED.

IT IS SO ORDERED.

Dated: October 4, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1