1  DENNIS M. PRINCE
   Nevada Bar No. 5092
2  KEVIN T. STRONG
   Nevada Bar No. 12107
3  **PRINCE LAW GROUP**
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Tel: (702) 534-7600
5  Fax: (702) 534-7601
   Attorneys for Plaintiffs
6  *Delbert Tanner, individually and*
   *on behalf of C.T., a minor and*
7  *Jennifer Tanner*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10

11 DELBERT TANNER, individually and on          Case No. 2:19-cv-00336-GMN-NJK
   behalf of C.T., a minor; and JENNIFER
   TANNER,

12

13         Plaintiffs,

14 vs.                                           **STIPULATION AND ORDER FOR**
                                                 **DISMISSAL WITH PREJUDICE**

15 ELIVE LIMITED, DBA ELIVE BUY, a
   Foreign Corporation; AMAZON, INC., a
16 Domestic Corporation; AMAZON.COM
   SERVICES, LLC, a Domestic Limited
17 Liability Company; AMAZON.COM.KYDC
   LLC, a Foreign Limited Liability Company;
18 AMAZON.COM.NVDC LLC, a Foreign
   Limited Liability Company; AMAZON.COM
19 SERVICES, INC., a Foreign Corporation;
   DOE MANUFACTURERS 1 through 100,
20 inclusive; ROE RETAILERS 1 through 100,
   inclusive,

21

         Defendants.

22

23        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs DELBERT

24 TANNER, individually and on behalf of C.T., a minor and JENNIFER TANNER, through their

25 undersigned counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP;

26 Defendant ELIVE LIMITED, dba ELIVE BUY, through its counsel of record, Jack P. Burden and

27 Xiao Wen Jin of BACKUS, CARRANZA & BURDEN; and Defendants AMAZON, INC.;

28 AMAZON.COM SERVICES, LLC; AMAZON.COM.KYDC LLC; AMAZON.COM.NVDC LLC

DP
LG
Prince Law Group
8816 Spanish Ridge
Las Vegas, NV 89148

and AMAZON.COM SERVICES, INC., through their counsel of record, Steve Morris and Raleigh C. Thompson of MORRIS LAW GROUP, that Plaintiffs' claims against Defendants shall be dismissed, with prejudice, and with each of the parties to bear their own respective attorney's fees and costs.

DATED this 4th day of October, 2019.

**PRINCE LAW GROUP**


*/s/ Dennis M. Prince*
DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: (702) 534-7600
Fax: (702) 534-7601
Attorneys for Plaintiffs
*Delbert Tanner, individually and*
*on behalf of C.T., a minor and*
*Jennifer Tanner*

DATED this 4th day of October, 2019.

**MORRIS LAW GROUP**


*/s/ Raleigh C. Thompson*
STEVE MORRIS
Nevada Bar No. 1543
RALEIGH C. THOMPSON
Nevada Bar No. 11296
411 E. Bonneville Avenue, Suite 360
Las Vegas, Nevada 89101
Tel: (702) 474-9400
Fax: (702) 474-9422
Attorneys for Defendants
*Amazon, Inc., Amazon.com Servces, LLC,*
*Amazon.com.KYDC LLC, Amazon.com.NVDC*
*LLC, and Amazon.com Services, Inc.*

DATED this 4th day of October, 2019.

**BACKUS, CARRANZA & BURDEN**

**IT IS SO ORDERED.**

Dated this __4__ day of October, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

*/s/ Jack P. Burden*
JACK P. BURDEN
Nevada Bar No. 6918
XIAO WEN JIN
Nevada Bar No. 13901
3050 South Durango Drive
Las Vegas, Nevada 89117
Tel: (702) 872-5555
Fax: (702) 872-5545
Attorneys for Defendant
*Elive Limited dba Elive Buy*



**Prince Law Group**
8816 Spanish Ridge
Las Vegas, NV 89148